# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

129460

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RONALD ALLEN NEAL, JR.,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129460
COA: 252669
Chippewa CC: 02-007382-FH

_____/

     On order of the Court, the application for leave to appeal the June 9, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

Clerk

l0125